UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK WILLIAMS,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:06-cv-427

Hon. Wendell A. Miles

## JUDGMENT APPROVING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On June 21, 2007, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that the Commissioner's decision be reversed and this matter remanded for further factual findings. No objections were filed to the R & R.

The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R. Therefore, the court hereby approves and adopts the R & R as the decision of the court.

The decision of the Commissioner of Social Security is **reversed and this matter is remanded for further factual findings**.

Dated: August 7, 2007

    /s/ Wendell A. Miles
    Wendell A. Miles
    Senior U.S. District Judge